# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

———————————

**No. ACM S32408 (f rev)**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Carlos O. PEREA**
Airman First Class (E-3), U.S. Air Force, *Appellant*

———————————

*Upon further review*

Decided 26 July 2017

———————————

*Military Judge:* Charles E. Wiedie, Jr.

*Approved sentence:* Bad-conduct discharge, confinement for 8 months, and reduction to E-1. Sentence adjudged 18 April 2016 by SpCM convened at Kadena Air Base, Japan.

*For Appellant:* Captain Kevin R. Cayton, USAF; Captain Patricia Encarnación Miranda, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before MAYBERRY, JOHNSON, and SPERANZA, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

We have this case for further review because the original convening authority's action failed to reflect the deferral of Appellant's reduction to E-1. *United States v. Perea*, No. ACM S32408, 2017 CCA LEXIS 353, at *4–6 (A.F. Ct. Crim. App. 24 May 2017).

Having resolved that issue, we find the approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court